UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| JAMES A. BILSKI, et al., | ) | |
| Plaintiffs, | ) ) ) | Civil Action No. 5: 16-322-DCR |
| V. | ) ) | |
| MARK ESPER, Secretary, Department of the Army, et al., | ) ) ) ) | **JUDGMENT** |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinions and Orders previously entered [Record Nos. 14 and 46], the Findings of Fact and Conclusions of Law entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Judgment is entered in favor of Defendants Lee G. Hudson, Stephen L. Sharp, Christopher L. Willoughby, Donald McKeehan, and Mark Esper with respect to all counts asserted against them in this action by Plaintiffs James A. Bilski and Charles M. Herald.

2. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: October 22, 2018.

Signed By:
*Danny C. Reeves*
United States District Judge

-1-